IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELVIN WIAND, | ) |
|     Plaintiff, | ) |
| v. | )  No. 3:15-CV-2891-M |
| | ) |
| EDDY MEJIA, ET AL., | ) |
|     Defendants. | ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Amended Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff's claims against Defendants Eddy Mejia, Monica Gifford, and Marquita Humphrey shall proceed and process shall be issued as to these Defendants. The United States Marshal's Service shall serve process on Defendants at Seagoville FCI;

(2) Plaintiff's claims against all other Defendants are dismissed with prejudice;

(3) Plaintiff's motion to amend his complaint to add Defendants Director of the Bureau of Prisons Charles Samuels, Jr., and Attorney General Loretta Lynch is denied;

(4) The Clerk shall transmit a true copy of this Order to Plaintiff.

(5) The Clerk of the Court shall refer this case to Magistrate Judge Stickney for further proceedings and issue summons.

Signed this 11th day of February, 2016.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**