# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MELVIN WIAND, § | |
|     Plaintiff, § | |
| v. § | No. 3:15-CV-2891-M (BF) |
| EDDY MEJIA, et al., § | |
|     Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Partial Motion to Dismiss [ECF No. 51] filed by Defendants Eddy Mejia, Monica Gifford, and Marquita Humphrey is **GRANTED in part**, and Plaintiff Melvin Wiand's claims against these defendants are **dismissed without prejudice**.

**SO ORDERED** this 30th day of August, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE