IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELVIN WIAND, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:15-CV-2891-M (BT) |
| EDDY MEJIA, et al., | § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion to Reopen and Consideration for Response to Magistrate's Findings, Conclusions and Recommendation Due to Excusable Neglect and Procedural Due Process Rights" [ECF No. 73] is DENIED.

**SO ORDERED.**

May 10, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE